UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| XUAN THI PHAN, an individual, | NO. 2:16-CV-02328 WBS DB |
| Plaintiff, | |
| v. | |
| JETBLUE AIRWAYS CORPORATION, a Delaware corporation, | |
| Defendant. | |

| | |
|---|---|
| MICHELL HILL, an individual, and ARIEL EPSTEIN POLLACK, an individual, | |
| Plaintiffs, | |
| v. | NO. 2:17-CV-01604 MCE DB |
| JETBLUE AIRWAYS CORPORATION, a Delaware corporation, | |
| Defendant. | |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases arise from injuries allegedly incurred by each plaintiff while a passenger on JetBlue Flight No. 429 on August 11, 2016 from Boston Logan International Airport to Sacramento International Airport.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Phan v. JetBlue Airways Corporation, No. 2:16-02328 WBS DB, and Hill v. JetBlue Airways Corporation, No. 2:17-01604 MCE DB, be, and the same hereby are, deemed related.  The case denominated Hill v. JetBlue Airways Corporation, No. 2:17-01604 MCE DB, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Hill v. JetBlue Airways Corporation, No. 2:17-01604 WBS DB.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

1  Dated:  September 29, 2017

   _____
2  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28