UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ERICKA BOHNEL, an individual;<br>ROSA MARTINEZ, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>    Defendant. | NO. 2:18-cv-00081-WBS-DMC<br><br><br><br><br>ORDER RE: PLAINTIFFS'<br>MOTION TO CONTINUE<br>TRIALS |

| | |
|---|---|
| MICHELLE HILL, an individual;<br>ARIEL EPSTEIN POLLACK, an<br>individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>    Defendant. | NO. 2:17-cv-01604-WBS-DB |

1

1          ----oo0oo----

2          Plaintiffs assert personal injury claims against

3   JetBlue arising out of an August 2016 turbulence incident on

4   JetBlue Airways Flight 429 from Boston Logan International

5   Airport to Sacramento International Airport.  (Hill Compl. (Hill

6   Docket No. 1); Bohnel Compl. (Bohnel Docket No. 1).)  Liability

7   discovery in Bohnel et al v. Jetblue Airways Corporation (2:18-

8   cv-00081-WBS-DMC) has been consolidated with that in Hill, et al

9   v. Jetblue Airways Corporation (No. 2:17-cv-01604-WBS-DB). (See

10  Bohnel Docket No. 17; Hill Docket No. 26.)  Both cases concern

11  the same August 2016 turbulence incident.  Presently before the

12  court is plaintiffs' Motion to Continue Trial Date.  (See Bohnel

13  Docket No. 24; Hill Docket No. 30.)

14          Plaintiffs ask this court to shift the trial dates and

15  the discovery deadlines in Hill and Bohnel forward so that they

16  may have time to conduct discovery before trial.[1]  Defendant does

17  not object to the continuance of the trial dates in Hill and

18  Bohnel.[2]  (See Response to Pl.'s Mot. to Continue Trial at 2

19  _____

20          [1]  The National Transportation Safety Board is currently
    investigating the August 2016 turbulence incident that gave rise
21  to plaintiffs' alleged injuries.  (See Luke Decl. Ex 1 (Hill
    Docket No. 31-1).)  As a result, JetBlue is subject to an
22  investigative hold by the Board and JetBlue's ability to respond
    to plaintiffs' discovery requests is circumscribed by federal
23  regulations.  (See id.)  Plaintiffs state that the investigative
    hold has hampered their ability to conduct discovery and placed
24  the parties in a "holding pattern."  (Mot. to Continue Trial Date
    at 5.)
25          [2]  Confusingly, JetBlue's Response to Plaintiff's Motion
26  to Continue Trial Date indicates that it objects "to the
    consolidation of the damages trial portion of all four
27  [p]laintiffs' cases."  (See Response to Pl.'s Mot. to Continue
    Trial at 2 (Hill Docket No. 32; Bohnel Docket No. 26).)  Given
28  that plaintiffs are moving to continue the trial dates in Hill

                              2

(<u>Bohnel</u> Docket No. 26; <u>Hill</u> Docket No. 32).)

In light of plaintiffs' diligence in attempting to conduct discovery in a timely manner, the need for a continuance, the lack of objection to the continuance, and the potential prejudice to plaintiffs if their motion is denied, the court will grant plaintiffs' Motion to Continue Trial. (<u>Bohnel</u> Docket No. 24; <u>Hill</u> Docket No. 30.) <u>See</u> <u>United States v. 2.61 Acres of Land, More or Less, Situated in Mariposa Cty.</u>, 791 F.2d 666, 671 (9th Cir. 1985)(discussing factors to be evaluated by courts considering motions to continue trial).

Accordingly, the court modifies the scheduling orders in <u>Hill</u> (Docket No. 26) and <u>Bohnel</u> (Docket No. 17) as follows:

| | |
|---|---|
| Fact discovery completion | December 30, 2019. |
| Expert witness disclosure | June 8, 2020 |
| Rebuttal witness disclosure | July 6, 2020 |
| Discovery completion deadline | August 3, 2020 |
| Dispositive motion deadline | September 14, 2020 |
| Final pretrial conference | October 26, 2020 at 1:30 p.m. |
| <u>Hill</u> Trial | January 5, 2021 at 9:00 a.m. |
| <u>Bohnell</u> Trial | January 20, 2021 at 9:00 a.m. |

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Continue the Trial Date (<u>Hill</u> Docket No. 30; <u>Bohnel</u> Docket No. 24) is GRANTED and the dates and deadlines of the Status (Pretrial Scheduling) Order (<u>Bohnel</u> Docket No. 17; <u>Hill</u> Docket No. 26) are modified as described herein.

---

and <u>Bohnel</u>, and not to consolidate, the court will ignore JetBlue's objections to the consolidation of the trials on the damages issue.

3

Dated: August 7, 2019

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE