STEVEN RAFFAELE (*pro hac vice*)
SARAH G. PASSERI (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone 212.513.3200
Facsimile  212.385.9010
E-mail: steven.raffaele@hklaw.com
        sarah.passeri@hklaw.com


SHELLEY G. HURWITZ (SBN 217566)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile  213.896.2450
E-mail: shelley.hurwitz@hklaw.com

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION,
a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE HILL; ARIEL EPSTEIN POLLACK, <br><br> Plaintiffs, <br> vs. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> Defendant. <br>_____ <br><br> ERIKA BOHNEL; ROSA MARTINEZ, <br><br> Plaintiffs, <br> vs. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> Defendant. | 2:17-cv-01604-WBS-DB <br><br> Hon. William B. Shubb <br><br> **ORDER ON JOINT STIPULATION AND MOTION CONTINUING PRETRIAL SCHEDULE** |

## ORDER

Pursuant to the stipulation of the parties, and finding good cause, the court amends the scheduling order as follows:

      a. Fact Discovery Cutoff      11/2/2020
      b. Expert Disclosures        10/1/2020
      c. Expert Rebuttals          11/2/2020
      d. Expert Discovery Cutoff    12/1/2020
      e. Deadline to Mediate       12/11/2020

Plaintiff's Motion to Amend Scheduling Order, currently scheduled for May 4, 2020 is hereby taken off-calendar.

IT IS SO ORDERED

Dated: April 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE