GLENN S. GUENARD, CA Bar No. 129453
GUENARD & BOZARTH, LLP
gguenard@gblegal.com
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Phone: 916-714-7672
Fax: 916-714-9031

RACHEL M. LUKE, *PRO HAC VICE*
FRIEDMAN RUBIN, PLLP
rachel@friedmanrubin.com
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel: 206-501-4446
Fax: 206-623-0794

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ERICKA BOHNEL, an individual, ROSA MARTINEZ, an individual, <br><br>      Plaintiffs, <br><br> v. <br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation, <br>      Defendant. <br>-------------------------------------------------- <br>MICHELLE HILL, an individual, ARIEL EPSTEIN POLLACK, an individual, <br><br>      Plaintiffs, <br><br> v. <br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation, <br>      Defendant. | No.  2:17-cv-01604-WBS-DB <br><br>Hon. William B. Shubb <br><br>**ORDER ON JOINT STIPULATION AND MOTION CONTINUING TRIAL AND PRETRIAL SCHEDULE** |

## ORDER

Pursuant to the stipulation of the parties, and find good cause, the court amends the scheduling order as follows:

| | | |
|---|---|---|
| a. | Fact Discovery Cutoff | 4/30/2021 |
| b. | Expert Disclosures | 6/1/2021 |
| c. | Expert Rebuttals | 6/21/2021 |
| d. | Expert Discovery Cutoff | 7/19/2021 |
| e. | Deadline to Mediate | 8/9/2021 |
| f. | Dispositive Motions Filed | 8/9/2021 |
| g. | Pretrial Conference | 11/8/2021 at 1:30 p.m. |
| h. | Trial | 1/25/2022 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  September 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE