1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
                                ----oo0oo----
11

12   XUAN THI PHAN, an individual,        No. 2:16-cv-2328 WBS DB

13
                    Plaintiff,
14
          v.
15                                         ORDER RELATING CASES

     JETBLUE AIRWAYS CORPORATION, a
16   Delaware corporation,

17                  Defendant.

18

19

20   MICHELLE HILL, an individual,        No. 2:17-cv-1604 WBS DB
     and ARIEL EPSTEIN POLLACK, an
21   individual,

22                  Plaintiffs,

23        v.

24   JETBLUE AIRWAYS CORPORATION, a
     Delaware corporation,
25
                    Defendant.
26

27

28
                                     1

1 | ERICKA BOHNEL, an individual,          No. 2:18-cv-81 WBS DMC
2 | and ROSA MARTINEZ, an
  | individual,
3 |            Plaintiffs,
4 |      v.
5 | JETBLUE AIRWAYS CORPORATION, a
  | Delaware corporation,
6 |
7 |            Defendant.
8
9                          ----oo0oo----
10
       The court previously related <u>Phan v. Jetblue Airways</u>
11
<u>Corporation</u>, 2:16-cv-2328 WBS, and <u>Hill v. Jetblue Airways</u>
12
<u>Corporation</u>, 2:17-cv-1604 WBS, because both cases arose from
13
injuries allegedly incurred by each plaintiff while a passenger
14
on JetBlue Flight No. 429 on August 11, 2016 from Boston Logan
15
International Airport to Sacramento International Airport.
16
Similarly, the court finds that <u>Bohnel v. Jetblue Airways</u>
17
<u>Corporation</u>, Case No. 2:18-cv-81 WBS DMC, is related within the
18
meaning of Local Rule 123(a) to <u>Phan</u> and <u>Hill</u> because <u>Bohnel</u>
19
involves injuries allegedly incurred during the same Jetblue
20
flight.  Accordingly, the assignment of the matters to the same
21
judge is likely to effect a substantial saving of judicial effort
22
and is also likely to be convenient for the parties.[1]
23
       The parties should be aware that relating the cases
24
under Local Rule 123 merely has the result that all actions are
25
26
       [1]    Although the parties noted in their Joint Status Report
27 | in Case No. 2:18-cv-81 WBS DMC that <u>Bohnel</u> and <u>Hill</u> were related
   | cases, they did not file a separate Notice of Related Case as
28 | required by Local Rule 123(b).

1    assigned to the same judge; no consolidation of the actions is

2    effected.  Under the regular practice of this court, related

3    cases are generally assigned to the judge and magistrate judge to

4    whom the first filed action was assigned.

5              IT IS THEREFORE ORDERED that the actions denominated

6    Phan v. JetBlue Airways Corporation, No. 2:16-2328 WBS DB, Hill

7    v. JetBlue Airways Corporation, No. 2:17-1604 WBS DB, and Bohnel

8    v. Jetblue Airways Corporation, No. 2:18-cv-81 WBS DMC be, and

9    the same hereby are, deemed related.  The case denominated Bohnel

10   v. Jetblue Airways Corp., No. 2:18-cv-81 WBS DMC, shall remain

11   with the Honorable William B. Shubb, but any pending motions

12   noticed for hearing before the Honorable Dennis M. Cota must be

13   reset and noticed for hearing before the Honorable Deborah

14   Barnes.  Henceforth, the captions on documents filed in the

15   reassigned case shall be shown as Bohnel v. Jetblue Airways

16   Corporation, No. 2:18-cv-81 WBS DB.

17             IT IS FURTHER ORDERED that the Clerk of the Court make

18   an appropriate adjustment in the assignment of cases to

19   compensate for this reassignment.

20   Dated:  January 5, 2021

21                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                                    3