ASHLEY L. SHIVELY (SBN 264912)
HOLLAND &KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Telephone 415.743.6900
Facsimile 415.743.6910
E-mail: ashley.shively@hklaw.com

*Additional Counsel for Defendant listed in Signature Block*

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE HILL, an individual, ARIEL EPSTEIN POLLACK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, a Delaware corporation, <br><br> Defendant. <br> ----------------------------------------------- <br> ERICKA BOHNEL, an individual, ROSA MARTINEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, a Delaware corporation, <br> Defendant. | Case No.: 2:17-cv-01604-WBS-DB <br><br> **STIPULATION REGARDING PRETRIAL DEADLINES** <br><br><br><br><br><br><br><br> Case No.: 2:18-cv-00081-WBS-DB |

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

Defendant JETBLUE AIRWAYS CORPORATION ("JetBlue") and Plaintiffs MICHELLE HILL and ARIEL EPSTEIN POLLACK and ERIKA BOHNEL and ROSA MARTINEZ (collectively, "Plaintiffs") stipulate as follows:

**Stipulation**

WHEREAS, the Court entered the current scheduling orders on September 11, 2020 [*Hill* ECF No. 47; *Bohnel* ECF No. 40].

WHEREAS, the parties expect to complete depositions of most JetBlue-affiliated witnesses and Plaintiffs' disclosed damages witnesses by the end of this month. However, two of Plaintiffs' damages witnesses have requested to reschedule their depositions originally set for this week and the parties are trying to subpoenas two other witnesses.

WHEREAS, JetBlue has subpoenaed medical records from Plaintiffs' new and recently disclosed providers and requested updated records for recent treatment received from previously disclosed providers but has not yet received those records, deposed providers, or been able to proceed with Independent Medical Examinations. Plaintiffs have requested the details for IMEs, and JetBlue has not yet provided them.

WHEREAS, the parties each also have several discovery disputes that they anticipate requiring the Court's assistance to resolve.

WHEREAS, the parties have met and conferred and agree on an extension of pre-trial deadlines as indicated below to provide time for the parties to complete fact discovery. The contemplated extension will not involve an extension of the trial dates in the above captioned matters.

WHEREAS, the parties have also agreed to bring all outstanding discovery disputes before the Court on May 28, 2021. The parties agree to cooperate in exchanging joint statements and meeting and conferring, both consistent with the Court's rules, in advance of the hearing and on the below schedule.

///

///

1

///

THEREFORE, the parties request the Court enter an order setting the following deadlines:

| **2:17cv1604: Hill/Pollack** | **Current** | **Proposed** |
|---|---|---|
| Parties exchange respective portions of joint statement on any outstanding discovery issues | N/A | 5/10/2021 |
| Return drafts responding to other's argument | N/A | 5/17/2021 |
| Provide any further edits to own party's section(s) | N/A | 5/19/2021 |
| File joint notice of hearing and joint statement | N/A | 5/21/2021 |
| Hearing on Discovery Issues | N/A | **5/28/2021 at 10:00 a.m.** |
| Fact Discovery Cutoff | 4/30/2021 | 6/14/2021 |
| Expert Disclosures | 5/31/2021 | 7/30/2021 |
| Deadline to Mediate | 8/9/2021 | 7/1/2021[1] |
| Expert Rebuttals | 6/21/2021 | 8/13/2021 |
| Expert Discovery Cutoff | 7/19/2021 | 9/17/2021 |
| Dispositive Motions filed | 8/9/2021 | 10/4/2021 |
| Pretrial Conference | 11/8/2021 at 1:30 p.m. | **12/6/2021, at 1:30 p.m.** |
| Trial | 1/25/2022 at 9:00 a.m. | **2/23/2022, at 9:00 a.m.** |

| **2:18cv0081: Bohnel/Martinez** | **Current** | **Proposed** |
|---|---|---|
| Parties exchange respective portions of joint statement on any outstanding discovery issues | N/A | 5/10/2021 |
| Return drafts responding to other's argument | N/A | 5/17/2021 |
| Provide any further edits to own | N/A | 5/19/2021 |

---

[1] Subject to mediator, client, and counsel availability.

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

| | | |
|---|---|---|
| party's section(s) | | |
| File joint notice of hearing and joint statement | N/A | 5/21/2021 |
| Hearing on Discovery Issues | N/A | **5/28/2021, at 10:00 a.m.** |
| Fact Discovery Cutoff | 4/30/2021 | 6/14/2021 |
| Expert Disclosures | 6/1 /2021 | 7/30/2021 |
| Deadline to Mediate | 8/9/2021 | 7/1/2021[2] |
| Expert Rebuttals | 6/21/2021 | 8/13/2021 |
| Expert Discovery Cutoff | 7/19/2021 | 9/17/2021 |
| Dispositive Motions filed | 8/9/2021 | 10/4/2021 |
| Pretrial Conference | 1/18/2022 at 1:30 PM | **1/18/2022, at 1:30 PM** |
| Trial | 3/29/2022 at 9:00 AM | **3/29/2022, at 9:00 AM** |

IT IS SO STIPULATED.

Dated: April 30, 2021

Respectfully submitted,

/s/Rachel M. Luke (as authorized on April 29, 2021)
Rachel Min Luke, *Pro Hac Vice*
FRIEDMAN | RUBIN ®
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel: (206) 501-4446
Fax: (206) 623-0794
rachel@friedmanrubin.com

Glenn S. Guenard, CA Bar No. 129453
GUENARD & BOZARTH, LLP
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Phone: 916-714-7672
Fax: 916-714-9031
gguenard@gblegal.com

/s/ Ashley Shively
Ashley Shively (SBN 264912)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: (415) 743-6900
Tel (415) 743-6910
ashley.shively@hklaw.com

Sarah G. Passeri, *Pro Hac Vice*
Steven Raffaele, *Pro Hac Vice*
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
sarah.passeri@hklaw.com
steven.raffaele@hklaw.com

---

[2] Subject to mediator, client, and counsel availability.

*Attorneys for Plaintiffs*

Gary L. Halbert, *Pro Hac Vice*
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, D.C. 20006
Tel: (202) 469-5150
gary.halbert@hklaw.com

*Attorneys for Defendant*

IT IS SO ORDERED.

Dated: May 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE