GLENN S. GUENARD, CA Bar No. 129453
GUENARD & BOZARTH, LLP
gguenard@gblegal.com
8830 Elk Grove Blvd.
Elk Grove, CA 95624
Phone: 916-714-7672
Fax: 916-714-9031

RACHEL M. LUKE, PRO HAC VICE
FRIEDMAN RUBIN, PLLP
rachel@friedmanrubin.com
1109 1st Avenue, Ste. 501
Seattle, WA 98101
Phone: 206-501-4446
Fax: 206-623-0794

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE HILL, an individual, ARIEL EPSTEIN POLLACK, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>　　　　　　Defendant.<br>-------------------------------------------------------<br>ERICKA BOHNEL, an individual, ROSA MARTINEZ, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br>　　　　　　Defendant. | No.   2:17-cv-01604-WBS-DB<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION RE CASE SCHEDULE**<br><br><br><br>No.   2:18-cv-00081-WBS-DB |

# **ORDER**

Pursuant to the stipulation of the parties, and finding good cause, the court amends the case schedule as follows:

| | |
|---|---|
| Fact Discovery cutoff | 10/4/2021 |
| Expert disclosures | 11/1/2021 |
| Expert rebuttal | 11/15/2021 |
| Expert Discovery cutoff | 12/10/2021 |
| Dispositive motions filed | 1/4/2022 |
| Pretrial Conference | **March 28, 2022 at 1:30 p.m.** |
| Trial | **May 24, 2022 at 9:00 a.m.** |

In the event that Plaintiff Ariel Pollack is unable to travel for independent medical examinations due to her recovery from an unrelated surgery, the parties will work cooperatively to set a new schedule allowing sufficient time for experts to conduct examinations and prepare their reports.

IT IS SO ORDERED.

Dated: July 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE