1  GLENN S. GUENARD, CA Bar No. 129453
   GUENARD & BOZARTH, LLP
2  gguenard@gblegal.com
   8830 Elk Grove Blvd.
3  Elk Grove, CA 95624
   Phone: 916-714-7672
4  Fax: 916-714-9031

5
   RACHEL M. LUKE, *PRO HAC VICE*
6  FRIEDMAN RUBIN, PLLP
   rachel@friedmanrubin.com
7  1109 1st Avenue, Suite 501
   Seattle, WA 98101
8  Tel: 206-501-4446
   Fax: 206-623-0794
9

10 Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT
13                   EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
14

15 ERICKA BOHNEL, an individual,
   ROSA MARTINEZ, an individual,          No.  2:17-cv-01604-WBS-DB
16
                         Plaintiffs,
17                                         Hon. William B. Shubb
        v.
18                                         **ORDER GRANTING**
   JETBLUE AIRWAYS CORPORATION, a          **STIPULATED MOTION TO**
19 Delaware corporation,                   **DISMISS WITH PREJUDICE**
                         Defendant.
20 ------------------------------------------------------
   MICHELLE HILL, an individual,
21 ARIEL EPSTEIN POLLACK, an
   individual,
22
                         Plaintiffs,
23
        v.
24
   JETBLUE AIRWAYS CORPORATION, a
25 Delaware corporation,
                         Defendant.
26

27

28 ORDER GRANTING STIPULATED MOTION TO          Case No. 2:17-cv-01604-WBS-DB
   DISMISS WITH PREJUDICE
   Page 1 of 2

1

## <u>ORDER</u>

2   Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. __.

3 Having reviewed the Motion and the record, the Court finds good cause to grant dismissal as

4 requested. Accordingly,

5 **IT IS HEREBY ORDERED:**

6  1. The parties' Stipulated Motion to Dismiss with Prejudice is **GRANTED**. Plaintiffs'

7    Complaint is **dismissed** with prejudice and without costs to any party.

8  2. All pending motions, if any, are **DENIED AS MOOT**.

9  3. All scheduled court hearings, if any, are **STRICKEN**.

10   The District Court Clerk is directed to enter this Order, provide copies to counsel, and

11 **close this case**.

12

13 IT IS SO ORDERED.

14 Dated:  August 31, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION TO     Case No. 2:17-cv-01604-WBS-DB
DISMISS WITH PREJUDICE
Page 2 of 2